56 A.3d 865

IN THE MATTER OF THOMAS KANE, AN ATTORNEY
AT LAW (ATTORNEY NO. 021962001).

December 6, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–120, concluding that **THOMAS KANE** of **PRINCETON,** who was admitted to the bar of this State in 2001,

should be reprimanded for violating *RPC* 3.4(g) (threatening criminal charges to obtain an improper advantage in a civil matter), and good cause appearing;

It is ORDERED that **THOMAS KANE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.